UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMILLA J. CALLOWAY,

        Plaintiff,

v.

SHAUN DONOVAN, SECRETARY,
DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

        Defendant.
_____/

Case No. 10-10373

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on this date, judgment is entered in favor of the defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: May 3, 2011        By: s/Julie Owens
                                      Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Camilla J. Calloway, 18965 Wildemere, Detroit, MI 48221 and the attorneys of record on this date, May 3, 2011, by electronic and/or ordinary mail.

                                      S/Julie Owens
                                      Case Manager, (313) 234-5160